UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-23370-CIV-UNGARO

WILMINGTON TRUST, N.A.,
as Securities Intermediary,

Plaintiff,

vs.

ESTATE OF LOUIS O. GONZALEZ,
Successor in interest to the late Louis O. Gonzalez;
LISA RAMOS,
LESLIE SMITH, and
LISSETTE NUNEZ,

    Defendants.
_____/

## PLAINTIFF'S REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANT ESTATE OF LOUIS O. GONZALEZ

Plaintiff, pursuant to Rules 34 and 69(a)(2) of the Federal Rules of Civil Procedure, propounds these requests for production upon Defendant Estate of Louis O. Gonzalez, which are to be answered fully and within the time prescribed by Rule 34.

### DEFINITIONS

A.    The word "document" means any kind of written, typed, recorded, electronic, graphic, or photographic matter, however produced, reproduced, or stored, of any kind or description, including originals, identical and nonidentical copies and drafts and both sides thereof, and any other documents or information as defined in Rule 34(a)(1)(A) and (B) of the Federal Rules of Civil Procedure. It shall also mean internal and external written communications, and documents relating to internal and external oral communications.

B.      "Communication" shall mean any contact, oral or written, in which information was conveyed.

C.      "All documents" means every document in your actual or constructive possession, custody, care, or control.

D.      The words "relate to" or "relating to" mean: relates to, refers to, contains, concerns, identifies, describes, embodies, mentions, constitutes, constituting, supports, corroborates, demonstrates, proves, evidences, shows, refutes, disputes, rebuts, controverts, or contradicts.

E.      "Complaint means the Complaint filed by Plaintiff in this action.

F.      "You" and the "Estate" means Defendant Estate of Louis O. Gonzalez, and any employees, agents, personal representatives, representatives, or other persons acting, or purporting to act, on behalf of Defendant Estate of Louis O. Gonzalez.

G.      The "Trust" means the Louis O. Gonzalez Intervivos Revocable Trust Agreement dates April 8, 2002, as amended, including any other amendments or restatements of the Trust, as well as all present and former trustees and beneficiaries, all other persons purporting to act (or to have acted) on its behalf, and all property held by the Trust.

H.      "Person" shall mean any individual, corporation, proprietorship, partnership, trust, association, or any other entity.

I.      The singular shall include the plural and vice versa; the terms "and" or "or" shall be both conjunctive and disjunctive; and the term "including" shall mean "including without limitation."

## INSTRUCTIONS

1.      If you believe that any of the following discovery requests calls for information or documents subject to a claim of privilege, answer or produce so much as is not objected to, state

that part of each discovery request as to which you raise objection and set forth the basis for your claim of privilege with respect to such information as you refuse to give, including a statement identifying the nature of the information withheld; for each document as to which you claim privilege, state the date and subject matter of the document, the name(s) of the person(s) who prepared the document and the name(s) of the person(s) for whom the document was intended.

2. If it is maintained that any document which is requested has been destroyed, set forth the contents of the document, the date of such destruction and the name of the person who authorized or directed such destruction.

3. If any of the documents cannot be produced in full, produce to the extent possible, specifying the reasons for the inability to produce the remainder.

## DOCUMENTS TO BE PRODUCED

1. All documents relating to assets of the Estate.

2. All documents relating to liabilities of the Estate.

3. All documents relating to the creation, establishment, and funding of any trust, including the Trust, by Louis Gonzalez.

4. All documents relating to any prior versions of, or amendments to, the Trust.

5. All documents relating to any assets transferred, devised, given, or provided to any trust, including the Trust, from the Estate.

6. All documents relating to any assets transferred, devised, given, or provided to any trust, including the Trust, from Louis Gonzalez.

7. All documents relating to any assets transferred, devised, given, or provided to the Trust from any source other than the Estate.

8. All financial records of the Trust dated on or after July 27, 2011, including, but not limited to, records of all assets, records of liabilities, records of any sums paid from the Trust to any individual or entity; accounting records and statements; records of the funding of the Trust; and accountings of the assets and liabilities of the Trust.

HOLLAND & KNIGHT LLP
*Counsel for Plaintiff*

/s/ Jesus E. Cuza
Jesus E. Cuza
Florida Bar No. 428991
jesus.cuza@hklaw.com
Scott D. Ponce
Florida Bar No. 0169528
sponce@hklaw.com
Anna Marie Hernandez
Florida Bar No. 502911
annie.hernandez@hklaw.com
701 Brickell Avenue, Suite 3300
Miami, Florida  33131
Tel: (305) 374-8500
Fax: (305) 789-7799

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that on January 13, 2017, a true and correct copy of the foregoing was sent via electronically Mailed to the counsel listed below.

By: /s/ Scott D. Ponce
Scott D. Ponce

## SERVICE LIST

Matthew Leto, Esq.
mleto@hlhlawfirm.com
HALL, LAMB AND HALL, P.A.
2665 South Bayshore Drive, PHI
Miami, Florida 33133
*Counsel for all Defendants*

#49262277_v1