UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:15-cv-23370-UU

WILMINGTON TRUST, N.A.,
as Securities Intermediary,

     Plaintiff,

v.

ESTATE OF LOUIS O. GONZALEZ,
successor in interest to the late LOUIS
O. GONZALEZ, LISA RAMOS, LESLIE
SMITH and LISSETTE NUNEZ

     Defendants.
_____/

## DEFENDANT'S RESPONSE TO PLAINTIFF'S REQUEST FOR PRODUCTION OF DOCUMENTS DATED JANUARY 13, 2017

Defendant, ESTATE OF LOUIS O. GONZALEZ, pursuant to Fed.R.Civ.P. 34, hereby serves its Response to Plaintiff's Request for Production, dated January 13, 2017 and states as follows:

### Request # 1

All documents relating to asset of the Estate.

### Response

Defendant objects to this request as it was made outside of the discovery cutoff date identified in this Court's scheduling order. Moreover, this request improperly seeks financial information in aid of execution, which is irrelevant and premature as no judgment has been entered in this case. *See e.g. Auto-Owners Ins. Co. v. Se. Floating Docks, Inc.*, 231 F.R.D. 426, 430 (M.D. Fla. 2005).

### Request # 2

All documents relating to liabilities of the Estate.

### Response

{10702/00477295.1}

Defendant objects to this request as it was made outside of the discovery cutoff date identified in this Court's scheduling order. Moreover, this request improperly seeks financial information in aid of execution, which is irrelevant and premature as no judgment has been entered in this case. *See e.g. Auto-Owners Ins. Co. v. Se. Floating Docks, Inc.*, 231 F.R.D. 426, 430 (M.D. Fla. 2005).

**Request # 3**

All documents relating to the creation, establishment, and funding of any trust, including the Trust, by Louis Gonzalez.

**Response**

Defendant objects to this request as it was made outside of the discovery cutoff date identified in this Court's scheduling order. Moreover, this request improperly seeks financial information in aid of execution, which is irrelevant and premature as no judgment has been entered in this case. *See e.g. Auto-Owners Ins. Co. v. Se. Floating Docks, Inc.*, 231 F.R.D. 426, 430 (M.D. Fla. 2005). Finally, this request is not limited as to the requested time frame and is therefore, overbroad.

**Request # 4**

All documents relating to any prior versions of or amendments to the Trust.

**Response**

Defendant objects to this request as it was made outside of the discovery cutoff date identified in this Court's scheduling order. Moreover, seeks information that is irrelevant as it is not directed to the issues framed by the pleadings.

**Request # 5**

All documents relating to any assets transferred, devised, given, or provided to any trust, including the Trust, from the Estate.

**Response**

Defendant objects to this request as it was made outside of the discovery cutoff date identified in this Court's scheduling order.  Moreover, this request improperly seeks financial information in aid of execution, which is irrelevant and premature as no judgment has been entered in this case. *See e.g. Auto-Owners Ins. Co. v. Se. Floating Docks, Inc.*, 231 F.R.D. 426, 430 (M.D. Fla. 2005). Additionally, this request is not limited as to the requested time frame and is therefore, overbroad.

**Request # 6**

All documents relating to any assets transferred, devised, given, or provided to any trust, including the Trust, from Louis Gonzalez.

**Response**

Defendant objects to this request as it was made outside of the discovery cutoff date identified in this Court's scheduling order.  Moreover, this request improperly seeks financial information in aid of execution, which is irrelevant and premature as no judgment has been entered in this case. *See e.g. Auto-Owners Ins. Co. v. Se. Floating Docks, Inc.*, 231 F.R.D. 426, 430 (M.D. Fla. 2005). Additionally, this request is not limited as to the requested time frame and is therefore, overbroad.  Finally, the request seeks information pertaining to other trusts and is therefore, irrelevant to the issues framed by the pleadings.

**Request # 7**

All documents relating to any assets transferred, devised, given, or provided to any trust, including the Trust, from any source other than the Estate.

**Response**

Defendant objects to this request as it was made outside of the discovery cutoff date identified in this Court's scheduling order.  Moreover, this request improperly seeks financial information in aid of execution, which is irrelevant and premature as no judgment has been entered in this case. *See e.g. Auto-Owners Ins. Co. v. Se. Floating Docks, Inc.*, 231 F.R.D. 426, 430 (M.D. Fla. 2005). Additionally, this request is not limited as to the requested time frame and is therefore, overbroad.  Finally, the request seeks information pertaining to other trusts and is therefore, irrelevant to the issues framed by the pleadings.

**Request # 8**

All financial records of the Trust dated on or after July 27, 2011, including but not limited to, records of all assets, records of liabilities, records of any sums paid from the Trust to any individual or entity, accounting records and statements, recording of the funding of the Trust; and accounting of the assets and liabilities of the Trust.

**Response**

Defendant objects to this request as it was made outside of the discovery cutoff date identified in this Court's scheduling order.  Moreover, this request improperly seeks financial information in aid of execution, which is irrelevant and premature as no judgment has been entered in this case. *See e.g. Auto-Owners Ins. Co. v. Se. Floating Docks, Inc.*, 231 F.R.D. 426, 430 (M.D. Fla. 2005). Additionally, this request is improperly vague in that it requests all "accounting records and statements."  This description does not allow the Defendant to understanding precisely what accounting records are being sought.

Respectfully submitted,

HALL, LAMB HALL & LETO, P.A.
2665 South Bayshore Drive, PH1
Miami, Florida 33133
Ph: 305-374-5030
Fax: 305-374-5033
mleto@hlhlawfirm.com


By: /s/ Matthew P. Leto
      MATTHEW P. LETO
      FBN: 014504


## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true and correct copy of the forgoing was served via E-Mail on the following counsel of record this 13th day of February, 2017:

Jesus E. Cuza
Jesus.cuza@hklaw.com
Anna Marie Hernandez
Annie.hernandez@hklaw.com
HOLLAND & KNIGHT, LLP
701 Brickell Avenue
Suite 3300
Miami, FL 33131

Philip E. Rothschild
Phil.Rothschild@hklaw.com
HOLLAND & KNIGHT, LLP
515 E. Las Olas Blvd.
Suite 1200
Fort Lauderdale, FL 33301

/s/ Matthew P. Leto
MATTHEW P. LETO